CONSOLIDATED LIGHTING CORP., Respondent, v. LESTER E. GROSSMAN et al., Individually and Copartners Trading under the Name of COMMERCIAL TRADING Co., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

RUDOLPH J. REIMAN, Appellant, v. WALTER VON FELDAU, Also Known as WALTER FROEHLICH VON FELDAU, Also Known as WALTER FROEHLICH, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of the Accounting of IRVING PODOWITZ, as Executor of JACOB PODOWITZ, Deceased. IRVING PODOWITZ, Individually and as Executor of JACOB PODOWITZ, Deceased, et al., Appellants; IDA PODOWITZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

■

ISIDORE MILLER, Appellant-Respondent, v. DISCOUNT FACTORS, INC., Respondent; DAVID LIPPEL, Appellant, et al., Defendants. (Consolidated Actions.) — Judgment, so far as appealed from by the defendant Lippel, unanimously reversed, with costs, and judgment directed for Lippel as prayed for in his complaints, and in all other respects the judgment is unanimously affirmed, with costs to the defendant-respondent Discount Factors, Inc. Opinion by Callahan, J. Settle order on notice. Concur — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See ante, p. 772.]

■

OVERSEAS RAW MATERIALS CORPORATION et al., v. VICTOR B. COSTER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See ante, p. 1021.]

■

In the Matter of the Estate of ANONYMOUS, Deceased. ANONYMOUS, Appellant; ANONYMOUS, an Infant, by MARVIN J. ROSS, Special Guardian, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See ante, p. 946.]

■

CHARLES WALZER, Respondent, v. JULIUS JOELSON et al., Appellants, et al., Defendant.— Motion for reargument denied, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 946.]